# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1310
_____

United States of America

*Plaintiff - Appellee*

v.

Altedias Maurice Campbell

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: November 29, 2021
Filed: December 2, 2021
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Altedias Campbell appeals after the district court[1] denied his motion seeking a sentence reduction under the First Step Act. His counsel has moved for leave to withdraw, and has filed a brief challenging the denial.

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

Upon careful review, we conclude that the district court correctly found that Campbell was ineligible for relief under the First Step Act.  See Terry v. United States, 141 S. Ct. 1858, 1863-64 (2021) (because Fair Sentencing Act did not modify statutory penalties for § 841(b)(1)(C), a conviction under that section is not a covered offense for purposes of the First Step Act); United States v. McDonald, 944 F.3d 769, 771 (8th Cir. 2019) (defendant's eligibility for reduced sentence under First Step Act is reviewed de novo).

Accordingly, we affirm the judgment of the district court and grant counsel permission to withdraw.

_____